**UNITED STATES of America, Plaintiff—Appellant,**

**v.**

**Alberto Aguilar INZUNA, aka Javier Robolledo; et al., Defendant— Appellee.**

**No. 07–50505.**

United States Court of Appeals, Ninth Circuit.

Submitted June 16, 2009.*

Filed July 7, 2009.

Michael J. Raphael, Esquire, Assistant U.S., Anne M. Voigts, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellant.

Jonathan D. Libby, Esquire, Deputy Federal Public Defender, Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellee.

Before: PAEZ, and TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

The United States appeals the sentence imposed following Alberto Aguilar Inzuna's guilty plea to being an illegal alien found in the United States following de-

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

portation in violation of 8 U.S.C. § 1326. The district court imposed a suspended sentence and then placed the defendant on probation for five years with a condition that he spend twelve months in custody during the probationary period. We reverse the district court and vacate the sentence for the reasons stated in *United States v. Murillo,* 548 F.3d 1256 (9th Cir. 2008) (explaining that district courts do not have the power to suspend the imposition of a sentence, nor can a district court impose a constant period of imprisonment as a condition of probation); *see also* United States Sentencing Guidelines Manual, Ch. 7, Part A, § 2(a) (2007). We remand with instructions that the district court impose an appropriate sentence in accordance with *Murillo.*

**SENTENCE VACATED; REMANDED FOR RESENTENCING.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.